# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>ELIAS MUHAMMAD<br><br>*Defendant(s)* | Case No.<br><br>1:18 MJ 00073 SKO |

FILED
MAY 14 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 5, 2018__ in the county of __Fresno__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in possession of a firearm |

Penalties: Up to 10 years imprisonment
Up to $250,000 fine
Up to 3 years supervised release
$100 special assessment

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Diedrich, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __May 14, 2018__

City and state: __Fresno, CA__

_____
*Judge's signature*

Sheila K. Oberto, U.S. Magistrate Judge
*Printed name and title*

## I.     AFFIDAVIT

I, Mark Diedrich, being sworn, depose and state the following:

1. I have been a duly sworn peace officer since June of 2001 and employed in such capacity by the Fresno County District Attorney's Office since December 24, 2012. Prior to this time, I was employed with the Reedley Police Department from June 2001 until December 24, 2012. I am currently assigned to the Federal Bureau of Investigation, Central Valley Violent Crime Gang Task Force (CVVCGTF), this assignment is commonly known as FBI's Safe Streets Task Force. As a Federal Task Force Officer (TFO), I received special deputization by the FBI which empowers me to conduct investigations of, and to make arrests for, offenses enumerated in Title 18 and Title 21 of the United States code. I graduated from the State Center Community College Fresno Basic Law Enforcement Academy in 2001. I now have an advanced Peace Officer Standardized Training (P.O.S.T) certificate. Throughout my law enforcement career, I have attended trainings and conducted investigations relating to criminal street gangs, organized crime, violent crimes, firearms, controlled substances, and other areas of law enforcement.

## II.     PROBABLE CAUSE

2. Title 18 U.S.C. Section 922(g)(1) prohibits any person who has previously been convicted of an offense punishable by imprisonment for more than one year to possess a firearm or ammunition that has traveled in interstate or foreign commerce.

3. This affidavit is in support of a complaint charging Elias MUHAMMAD, with a violation of Title 18 U.S.C. Section 922(g)(1), being a felon in possession of a firearm or ammunition that has traveled in interstate or foreign commerce. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all the information known to me and other law enforcement investigators. Rather, this affidavit serves to establish probable cause for the arrest of MUHAMMAD.

4. The information in this affidavit is based on my personal knowledge, my conversations with those directly involved in this investigation, and my review of police reports from this case.

5. On or about, March 10, 2018, officers of the Fresno Police Department served a search warrant on Elias MUHAMMAD's Snapchat social media account.

6. Officers processed the data received from Snapchat pursuant to the search warrant. Officers observed images of MUHAMMAD possessing and displaying several firearms. Officers were able to identify MUHAMMAD based on past contacts and investigations involving him. Engraving that read "Detroit PD" was clearly visible on top of the frame of one of the firearms determined to be a Smith and Wesson. A second photograph shows the side profile of this Smith and Wesson firearm. In this photograph, you can see the engraved markings DPD3491 and the serial number of the firearm HLM1404.

7. On March 22 2018, ATF Special Agent S. REYNOLDS, who is currently assigned to the Detroit ATF office, determined that the Smith & Wesson firearm MUHAMMAD is seen in possession of is in fact a real firearm sold by Detroit Police Department to a Federal Firearms Licensee (FFL) in Nevada.

8. MUHAMMAD is a convicted felon. He was convicted on January 10, 2017 of felony possession of a firearm in Fresno County Superior Court case number F16905896, and sentenced to two years of felony probation on February 24, 2017. On July 18, 2017 MUHAMMAD, pleaded guilty to a violation of California Penal Code Section 186.22(a), membership in a criminal street gang, a misdemeanor, in Fresno County Superior Court Case number F17902872. MUHAMMAD is a validated Flyboy criminal street gang member. MUHAMMAD shows to be on probation for these cases, concurrently, until 2020.

9. On April 05, 2018, FPD Detectives conducted surveillance on MUHAMMAD and discovered he had been staying at 5630 E. Huntington #123, Fresno. Officers from the Fresno Police Department obtained a search warrant for 5630 E. Huntington #123 and during the service of the search warrant, detectives located the Smith and Wesson firearm depicted in the Snapchat photographs with the Detroit PD markings. Elias MUHAMMAD taken into custody and interviewed by Det. ROMERO after waiving his Miranda advisement. MUHAMMAD admitted to being in possession of the Smith and Wesson firearm, and that the gun belonged to him.

10. MUHAMMAD is a convicted felon and prohibited from being in the possession of firearms. The photographs he has taken and posted to his Snapchat social media account show that he is in violation of 18 U.S.C. § 922(g)(1), felon in possession of a firearm.

### III.   CONCLUSION

11. The above facts set forth probable cause to believe Elias MUHAMMAD is in violation of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm. I request an arrest warrant be issued for Elias MUHAMMAD for this violation.

Mark Diedrich, Task Force Officer
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence, this 14th day of May, 2018.

Honorable Sheila K. Oberto
United States Magistrate Judge

Reviewed and approved as to form and content by:

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

AFFIDAVIT                                3