Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Elias Muhammad.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 1:18-cr-00114 DAD BAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE MOTION HEARING AND DEADLINES** |
| **ELIAS MUHAMMAD**, | |
| Defendant. | |

**To the parties, counsel, and the above-entitled court:**

It is hereby stipulated between the Defendant Elias Muhammad, by and through his counsel, Nicco Capozzi, and the United States of America, by and through Assistant United States Attorney Laurel Montoya, the following:

That the Motions hearing currently set for December 17, 2018 be continued to February 4, 2019.

That the Defendant's deadline to file said motion be continued from October 29, 2018 to December 17, 2018;

That the opposition be continued from November 26, 2018 to January 14, 2019;

That any reply continued from December 3, 2018 to January 28, 2018.

That time shall excluded under the Speedy Trial Act up and until February 4, 201 9, for purposes of defense preparation, settlement negotiations, counsel availability, and hearing on the motion.

**SO STIPULATED.**

Dated:   October; 29, 2018           /s/Nicco Capozzi

|   |   |
|---|---|
| Dated: October 29, 2018 | Nicco Capozzi<br>Attorney for Defendant<br><br>/s/Laurel Montoya<br>Laurel Montoya<br>Attorney for the United States |

**ORDER**

Upon the stipulation of the parties, it is hereby ordered that the Motions hearing and filing deadlines be continued as follows:

That the Motions hearing currently set for December 17, 2018 be continued to February 4, 2019.

That the Defendant's deadline to file said motion be continued from October 29, 2018 to December 17, 2018;

That the opposition be continued from November 26, 2018 to January 14, 2019;

That any reply continued from December 3, 2018 to January 28, 2018.

That time shall excluded under the Speedy Trial Act up and until February 4, 2019, for purposes of defense preparation, settlement negotiations, counsel availability, and hearing on the motion, the exclusion of time being pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and (h)(1)(D).

IT IS SO ORDERED.

Dated: **October 31, 2018**

_____
UNITED STATES DISTRICT JUDGE