McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:18-CR-00114-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SUPERVISED RELEASE VIOLATION STATUS CONFERENCE; ORDER |
| v. | |
| ELIAS MUHAMMAD, | DATE: October 7, 2020
TIME: 1 p.m.
COURT: Hon. Sheila K. Oberto |
| Defendant. | |

This case is set for status conference on October 7, 2020.  The defendant has criminal charges pending in 1:20-CR-00112-NONE-SKO.  The parties wish this matter trail the pending charges in 1:20-CR-00112-NONE-SKO and be set at the same as that matter.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 7, 2020.

2. By this stipulation, defendants and government now move to continue the status conference until December 2, 2020 at 1:00 p.m. before the Hon. Shelia K. Oberto to coincide with the pending criminal charges.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the initial discovery associated with this

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

case has been either produced directly to counsel and/or made available for inspection and copying. There may be additional discovery and the government is in the process of making that determination.

      b)    Counsel for defendant needs time to review the discovery previously provided and conduct pretrial investigation.

      c)    The defendant agrees and stipulates that time should be excluded for the aforementioned reasons. The government agrees and stipulates to the requested date.

      d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)    In addition to the public health concerns cited by General Order 611 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because Counsel or other relevant individuals have been encouraged to telework and minimize personal contact to the greatest extent possible. It will be difficult to avoid personal contact should the hearing proceed.

      f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

IT IS SO STIPULATED.

Dated: October 2, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: October 2, 2020

/s/ MICHAEL G. McKNEELY
MICHAEL G. McKNEELY
Counsel for Defendant
ELIAS MUHAMMAD

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED. The status conference in this matter be continued to December 2, 2020 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **October 2, 2020**                      /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE